### LAIRD v. STATE.
### No. 18462.

Court of Criminal Appeals of Texas.

May 6, 1936.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is burglary; penalty assessed at confinement in the penitentiary for four years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.